IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLAUDIA FLORES**                                               PLAINTIFF

v.                          No. 4:20-mc-6-DPM

**MOUNTAIN RUN SOULTIONS, LLC,**
**f/k/a PERFECTION COLLECTION, LLC;**
**SURETEC INSURANCE COMPANY**                       DEFENDANTS

**U.S. BANK**                                                    GARNISHEE

## ORDER

Flores's application for writ of garnishment, *Doc. 5*, is granted. The Court directs Flores's lawyer to provide a clean copy of *Doc. 5-1* to the Clerk, who must issue the writ and return it to counsel for service.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 September 2020