IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLAUDIA FLORES**                                                    **PLAINTIFF**

v.                          No. 4:20-mc-6-DPM

**MOUNTAIN RUN SOULTIONS, LLC,**
**f/k/a PERFECTION COLLECTION, LLC;**
**SURETEC INSURANCE COMPANY**                           **DEFENDANTS**

**U.S. BANK**                                                          **GARNISHEE**

## ORDER

Flores's motion for revised order to disburse funds, *Doc. 10*, is granted. The Court order U.S. Bank to pay $6,754.22 to Flores, care of her lawyers, the Wood Firm, PLLC, in Little Rock, Arkansas. The $50.00 incurred when serving the Writ of Garnishment is a reasonable additional post-judgment cost. 29 U.S.C. § 216(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2020